JS-6

1   JAMES R. FELTON, ESQ. (State Bar No. 138767)
    jfelton@greenbass.com
2   YI SUN KIM, ESQ. (State Bar No. 252303)
    ykim@greenbass.com
3   GREENBERG & BASS LLP
    16000 Ventura Boulevard, Suite 1000
4   Encino, California 91436
    Tel:  (818) 382-6200 • Fax: (818) 986-6534
5
    Attorneys for
6   Appellants Deep Canyon Holdings, Inc. and
    Beach, Freeman, Lim & Cleland LLP
7

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL  DISTRICT OF CALIFORNIA**

10

11   In re:                                  Dist. Ct. Case No. CV 12-10786-GW

12   THE PRESERVE, LLC,                      [Consolidated with Dist. Ct. Case No.
                                             **CV 12-10795-GW**]
13                              Debtor

14   DEEP CANYON HOLDINGS, INC.;             [Bankr. Ct. Case No. 2:10-bk-18429-BB]
     BEACH, FREEMAN, LIM &
15   CLEVELAND LLP,

16            Appellants,

17   v.                                      **ORDER APPROVING
                                             STIPULATION AND DISMISSING
18   BENEFICIARIES THROUGH THEIR             APPEAL**
     AUTHORIZED AGENT, POINT
19   CENTER FINANCIAL, INC.; THE
     PRESERVE, LLC; UST-UNITED
20   STATES TRUSTEE, LOS ANGELES,

21            Appellees.

22   THE PRESERVE, LLC, a California
     limited liability company,
23
              Appellant,
24
25   v.

26   BENEFICIARIES THROUGH THEIR
     AUTHORIZED AGENT, POINT
27   CENTER FINANCIAL, INC,,

28            Appellee.

*(left vertical text)* GREENBERG & BASS LLP  G&B

**[PROPOSED] ORDER APPROVING STIPULATION AND DISMISSING APPEAL**

913302.1 -- 31101.0001

1    The Court, having considered the Stipulation for Voluntary Dismissal of Appeal
2  Pursuant to FRBP 8001(c)(2) (the "Stipulation") entered into by and between Deep
3  Canyon Holdings, Inc. ("Deep Canyon"), Beach, Freeman, Lim & Cleland LLP
4  ("BFLC"), The Preserve, LLC ("Debtor"), and Beneficiaries, through their authorized
5  agent, Point Center Financial, Inc. ("PCF"), through their respective counsel of record,
6  and good cause appearing therefor:

7    IT IS HEREBY ORDERED:

8    1.    That the Stipulation is approved;

9    2.    That the appeal collectively filed by Deep Canyon and BFLC bearing
10  USDC Case No. 2:12-cv-10786-GW is hereby dismissed;

11    3.    That the appeal filed by the Debtor bearing USDC Case No. 2:12-cv-
12  10795-GW, as consolidated into USDC Case No. 2:12-cv-10786-GW pursuant to this
13  Court's Order entered on January 15, 2013, is hereby dismissed; and

14    4.    That Deep Canyon, BFLC, the Debtor and PCF shall each bear their own
15  costs and fees incurred in connection with the aforementioned appeals.

16

17

18    Dated:  November 13, 2013    _____

19    GEORGE H. WU, U.S. District Judge

20

21

22

23

24

25

26

27

28

2
**[PROPOSED] ORDER APPROVING STIPULATION AND DISMISSING APPEAL**

913302.1 -- 31101.0001